*11858*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
TRITON SCHIFFAHRTS, GmbH ,         :
                                    :
                        Plaintiff,  :        **Case No.:**
        against                     :    **11-CV-00850 (ENV)(RER)**
                                    :
SEA SAFETY SERVICES, INC.,          :    **NOTICE OF APPEARANCE**
now doing business as               :
SEA SAFETY INTERNATIONAL, INC.,     :
                                    :
                        Defendant.  :
------------------------------------------------------- x

TO: CLERK OF THE COURT AND OPPOSING COUNSEL

   PLEASE enter my appearance as counsel in this case on behalf of Plaintiff,

TRITON SCHIFFAHRTS, GmbH.

Dated in the City of New York on May 24, 2011

JUNGE & MELE, LLP
*Attorneys for Triton Schiffahrts, Gmbh*

_____
Armand P. Mele (AM 7378)
250 West 57th Street, Suite 2532
New York, NY 10107
(212) 269-0061
attorneys@junge-mele.com

cc:   **via ECF**
      James E. Mercante, Esq.
      Richard Gonzalez, Esq.
      Rubin Fiorella, Friedman, LLP
      *Attorneys for Defendant*

11858 Notice of Appearance.wpd