# RUBIN, FIORELLA & FRIEDMAN LLP
### ATTORNEYS AT LAW
### 292 MADISON AVENUE
### NEW YORK, NEW YORK 10017
### TELEPHONE: (212) 953-2381
### FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL:    (212) 447-4632
E-MAIL:    Rgonzalez@rubinfiorella.com

June 9, 2011

**Via: ECF and FAX 718-613-2125**

Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** **TRITON SCHIFFAHRTS GMBH  V. SEA SAFETY SERVICES, INC.**
> **Venue:**    **U.S. District Court, Eastern District of New York**
> **Index No.:**    **11-cv-00850 (ENV) (RER)**
> **Our File No.: 431-18948**

Dear Judge Reyes:

We represent defendant Sea Safety Services, Inc., in the above-captioned admiralty matter. Per your Honor's Order of May 31, 2011, the settlement conference on this matter is set for **June 15, 2011 at 2:00 pm.**

We respectfully request Your Honor's permission for the representative of defendant's marine insurance company, Indemnity Insurance Company of North America, to participate in the settlement conference via telephone.

The representative of the marine insurance company is located in Wilmington, Delaware, and travel to attend the settlement conference will be a burden to this individual and the claims staff at the insurance company, which are in full swing now that it is boating season.

Honorable Ramon E. Reyes, Jr.
United States District Court
June 9, 2011
Page 2 of 2

Attending the conference in person will be the Operations Manager of defendant/insured, SEA SAFETY SERVICES, INC., with first hand knowledge of the events complained of and the counter-claim.

Plaintiff's counsel has consented to the defendant's representative being present and the insurer's representative attending by telephone.

Furthermore, the parties have agreed to the exchange of their respective Confidential Settlement Memorandums, and will be completing such by June 10, 2011.

We appreciate Your Honor's attention to  this matter.

Respectfully,

RUBIN, FIORELLA & FRIEDMAN, LLP

Richard Gonzalez, Esq.

JEM/RG/df

**Copy: Via ECF**

Peter Junge, Esq.
Junge & Mele, LLP
250 West 57th Street, Suite 2532
New York, NY 10107

RUBIN, FIORELLA & FRIEDMAN LLP